Argued September 11, affirmed September 17, 1958

## KELLEY *v.* KELLEY
329 P. 2d 667

*B. G. Skulason,* Portland, argued the cause and filed a brief for appellant.

*E. F. Bernard* argued the cause for respondent. On the brief were Collier, Bernard, Bernard & Edwards, Portland.

Before PERRY, Chief Justice, and LUSK, SLOAN and O'CONNELL, Justices.

PER CURIAM.

This is a suit for divorce. The trial court found that plaintiff had failed to establish his right to a divorce and dismissed the complaint. We concur. Defendant-respondent is entitled to her attorneys' fee in the amount of $250 and costs.

Affirmed.